Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85067-3970
602.277.8996
Fax 602.253.8346

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | In Proceedings Under Chapter 13 |
| MARCUS A. KING, | Case No. 2:10-bk-23162 RJH |
| and | **TRUSTEE'S RECOMMENDATION ON FIRST MODIFIED PLAN** |
| KRISLYN S. KING, | |
| Debtors. | (4/15/13) |

The Trustee has reviewed the First Modified Chapter 13 Plan filed July 27, 2012.

1. The Modification proposes the following changes in the Confirmed Plan:

    (a) $1,245.00 per month for month 1 through 23.

        $50.00 per month for month 24 through 60 \*\*reduction in plan payment.

    (b) Attorney fees are increased by $500.00 and will be paid as an additional administrative claim.

2. In all other respects, the provisions of the Confirmed Plan will continue to govern.

3. The Debtors must provide copies of two recent consecutive pay stubs to verify amended Schedules I and J filed 7/27/12.

4. **Plan payment status:** The Debtors' interim payments of $50.00 each are current through due date 2/20/13. Subsequent payments are due on the 20th day of each following month. The Trustee reminds the Debtors that they may access case information from the Trustee's office, such as plan payments received, by going to www.13datacenter.com. Then, under the Debtor section, click 'Click Here to get started' and follow the instructions. Also, a debtor may get email notification of docket events by filling out the Bankruptcy Court's Debtor Email Registration Form. The form is available on the Court's website at www.azb.uscourts.gov and then going to Forms and

Publications.

SUMMARY: Pursuant to Local Rule 2084-10, by 4/15/13 Debtors are to comply with the above and provide the Trustee with a proposed order confirming modified plan or the Trustee could lodge a dismissal order.

A copy of this document was
mailed on the date signed below to:

Marcus and Krislyn King
7832 E. Glade Ave.
Mesa, AZ 85209
Debtors

David R. Wroblewski
Wroblewski & Associates
2020 N. Central Ave., Ste. 1100
Phoenix, AZ 85004
Attorney for Debtors

_____
*jmorales@ch13bk.com*